(PC) Hardaway v. Department of Corrections et al — Doc. 4

Case 2:06-cv-01588-GEB-GGH   Document 4   Filed 08/01/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

    Plaintiff,                    No. CIV S-06-1588 GEB GGH P

    vs.

DEPT. OF CORRECTIONS, et al.,

    Defendants.            ORDER

_____/

        Plaintiff, a state prisoner at Kern Valley State Prison, has filed a civil rights complaint. In order to proceed with this action, plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted thirty days from the date of service of this order to submit the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

Dockets.Justia.com

2. The Clerk of the Court is directed to send plaintiff the application to proceed in forma pauperis by a prisoner.

DATED: 8/1/06

/s/ Gregory G. Hollows

---

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
hard1588.noc