IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

    Plaintiff,                      No. CIV S-06-1588 GEB GGH P

    vs.

DEPT. OF CORRECTIONS, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 14, 2007, this action was closed.

        On July 10, 2009, plaintiff filed a request for the court to return the $99.94 he has paid toward the $350 filing fee. Plaintiff is required to pay the $350 filing fee for this action. 28 U.S.C. § 1914(a), 1915(b)(1). The money paid by plaintiff toward the filing fee cannot be returned.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 10, 2009, request for return of the money paid toward the filing fee (no. 13) is denied.

DATED: July 28, 2009                      /s/ Gregory G. Hollows

hard1588.58ggh

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE