IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

    Plaintiff,        No. CIV S-06-1588 GEB GGH P

    vs.

DEPT. OF CORRECTIONS, et al.,

    Defendants.        <u>ORDER</u>

                              /

On August 17, 2009, plaintiff filed a request for $99.94 with interest. This civil rights action was closed on June 14, 2007. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. <u>See</u> July 29, 2009, order. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

DATED: August 31, 2009

                /s/ Gregory G. Hollows

                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH:mp
hard1588.58ggh(2)